UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAMIEN DARNELL HARRIS,<br><br>              Petitioner,<br><br>   v.<br><br>MIKE OBENLAND,<br><br>             Respondent. | CASE NO. C15-5191 RJB-JRC<br><br>ORDER |

      The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner filed the petition pursuant to 28 U.S.C. § 2254.

      Currently before the Court is petitioner's motion to expand the record and file an over length memorandum in support of his petition (*see* Dkt. 7). Petitioner's original petition is thirty pages long and contains twelve grounds for relief (Dkt. 1). Petitioner attached over two hundred pages of material to that petition (*id.*).

1   When the Court calls for an answer, respondent will provide the state court record as part
2   of the answer. The Court's review in this case is limited to the record that was before the State
3   Court. *See generally Cullen v. Pinholster*, _ U.S. _ 131 S. Ct. 1388, 1398, 1400 (2011). Although
4   the Court has discretion to grant an over length memorandum, petitioner has not shown good
5   cause for doing so here.
6   Accordingly, the Court denies petitioner's motion to expand the record and file an over
7   length memorandum.
8   Dated this 17th day of April, 2015.

J. Richard Creatura
United States Magistrate Judge