UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAMIEN DARNELL HARRIS,<br><br>        Petitioner,<br><br>   v.<br><br>MIKE OBENLAND,<br><br>        Respondent. | CASE NO. C15-5191 RJB-JRC<br><br>ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION |

The District Court has referred this 28 U.S.C. § 2254 habeas corpus petition to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and Magistrate Judge Rules MJR3 and MJR4.

The Court denies petitioner's motion for reconsideration of the order denying petitioner's motion to expand the record (Dkt. 14). The Court also denies petitioner's renewed motion to expand the record (Dkt. 15).

Motions for reconsideration are disfavored. Western District Local Civil Rule 7(h) states:

> (1) *Standard.* Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.

1     The Court's order denying petitioner's motion to expand the record sets forth the facts

2 regarding petitioner original filings (Dkt. 11).  Petitioner filed two hundred and thirty-five pages

3 of briefing and argument with his original petition and memorandum (Dkt. 5 and 6). In the order

4 denying petitioner's motion to expand the record, the Court explained that review of the petition

5 is limited to the record that was before the state courts (Dkt. 11).  Petitioner fails to show good

6 cause for expansion of the record.  Petitioner does not show that the Court's prior ruling is

7 manifest error.  Respondent will provide the state court record when he answers the petition.

8 Petitioner may then file a traverse.

9     The Court directs the clerk's office to remove Dkt. 14 and 15, from the court's calendar.

10

11     Dated this 29th day of April, 2015.

12

13                                        J. Richard Creatura
                                          United States Magistrate Judge