1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10   DAMIEN DARNELL HARRIS,

11                          Petitioner,

12            v.

13   MIKE OBENLAND,

14                          Respondent.

CASE NO. 3:15-CV-05191-RJB-JRC

ORDER GRANTING EXTENSION

15

16          The District Court has referred this petition for a writ of habeas corpus to United States

17   Magistrate Judge, J. Richard Creatura. The authority for the referral is 28 U.S.C. § 636 (b) (1)

18   (A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from a

19   state conviction, thus, the petition is filed pursuant to 28 U.S.C. § 2254.

20          Respondent asks for an extension until June 18, 2015 to file an answer to petitioner's

21   habeas corpus petition (Dkt. 19). Counsel for respondent explains that the habeas petition

22   contains a large number of claims, he had an unusually high number of deadlines recently and

23   has not had sufficient time to complete the answer (*id*.). Petitioner does not oppose respondent's

24   request for an extension (Dkt. 21).

1   Respondent shows good cause for the extension. The motion is granted and the answer

2 filed on June 18, 2015 (Dkt. 24) will be considered timely.

3

4   Dated this 24th day of June, 2015.

5

6            J. Richard Creatura
              United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING EXTENSION - 2