UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAMIEN DARNELL HARRIS,<br><br>Petitioner,<br><br>v.<br><br>MIKE OBENLAND,<br><br>Defendant. | CASE NO. 3:15-cv-05191-RJB<br><br>ORDER DENYING MOTION TO EXPAND RECORD AND MOTION FOR A COPY OF CASE SUMMARY AND FREE COPY OF THE FEDERAL RULES OF CIVIL PROCEDURE |

THIS MATTER comes before the Court on Petitioner's Motion to Expand Record and Motion for a Copy of Case Summary and Free Copy of the Federal Rules of Civil Procedure. Dkts. 67, 68.

The Court denied Mr. Harris' § 2254 habeas petition and request for certificate of appealability. Dkts. 52, 59, 71. Therefore, his motions are moot and should be denied.

In any event, Mr. Harris' Motion to Expand Record should be denied because he seeks to expand the record of his case to include documents from another case, namely, the Judgment and Sentence of a confidential informant, Scott Uchida, who is the basis of his petition, Ground 2,

1  Part 2. Expanding the record in this case to include papers beyond Mr. Harris' own state court
2  proceedings would be improper.
3       Mr. Harris also requests a copy of the Local Court Rules and Federal Rules of Civil
4  Procedure because he is "having problems keeping up, in the pleadings and orders in the case[.]"
5  Dkt. 68, at 1. Mr. Harris cites no statute requiring the Court to provide him personally with the
6  materials, nor does Mr. Harris make a sufficient showing that he has been denied a meaningful
7  access to the Court. *C.f. Lewis v. Casey*, 518 U.S. 343 (1996) (fundamental right of prisoner's
8  access to courts violated by State of North Carolina, with one prisoner law library for entire
9  state).
10      Mr. Harris' Motion to Expand Record (Dkt. 67) is DENIED.
11      Mr. Harris' Motion for a Copy of Case Summary and Free Copy of the Federal Rules of
12 Civil Procedure (Dkt. 68) is DENIED.
13      The Clerk is directed to send uncertified copies of this Order to all counsel of record and
14 to any party appearing *pro se* at said party's last known address.
15      Dated this 25th day of April, 2016.

                ROBERT J. BRYAN
                United States District Judge

ORDER DENYING MOTION TO EXPAND
RECORD AND MOTION FOR A COPY OF CASE
SUMMARY AND FREE COPY OF THE
FEDERAL RULES OF CIVIL PROCEDURE- 2