UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAMIEN DARNELL HARRIS, | CASE NO. 3:15-cv-05191-RJB |
| Petitioner, | ORDER |
| v. | |
| MIKE OBENLAND, | |
| Respondent. | |

THIS ORDER comes before the Court on Petitioner's Motion for Reconsideration (Dkt. 74) and Motion for Leave to Appeal in Forma Pauperis (Dkt. 76).

The Court previously issued judgment against Petitioner, denying the § 2254 petition and certificate of appealability. Dkt. 71, 73.

Under LCR 7(h)(1), motions for reconsideration are disfavored and will ordinarily be denied unless there is a showing of either manifest error or new facts or legal authority that could not have been discovered with reasonable diligence. Petitioner has not made the requisite showing, because he raises no new facts or legal authority, and he does not identify a manifest error. Petitioner's Motion for Reconsideration (Dkt. 74) is DENIED.

ORDER- 1

1  The Court previously granted Petitioner's for leave to appeal in forma pauperis. Dkt. 69.

2  Petitioner's request (Dkt. 76) is duplicative, and it is DENIED as moot.

3  Dated this 2nd day of May, 2016.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER- 2